NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Plaintiff-Cross Appellant,*

v.

**HYUNDAI MOTOR AMERICA, INC.,
HYUNDAI MOTOR MANUFACTURING ALABAMA
LLC, AND KIA MOTORS AMERICA, INC.,**
*Defendants-Appellants,*

AND

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Defendant-Appellant.*

---

2011-1350, -1365, -1386

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 08-CV-0164, Judge Ron Clark.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge.*

**ORDER**

Hyundai Motor America, Inc., et al. (Hyundai) move to stay the briefing schedule in this appeal, pending disposition of *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, 2009-1372, -1380, -1416, -1417, and *McKesson Technologies, Inc. v. Epic Systems Corp.*, 2010-1291. Affinity Labs of Texas, LLC (Affinity) opposes. Hyundai replies. Hyundai moves in the alternative for an extension of time, until December 14, 2011, to file its opening brief. Affinity opposes. Affinity also moves to substitute L. Norwood Jameson for Kristina Caggiano as principal counsel, with Caggiano remaining as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Hyundai's motion to stay the briefing schedule is denied. Hyundai's alternative motion for an extension of time is granted.

(2) Affinity's motion to substitute principal counsel is granted.

FOR THE COURT

OCT 1 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kristina Caggiano, Esq.
Patricia Ann Millett, Esq.
Michael J. Lennon, Esq.
L. Norwood Jameson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 1 2011

JAN HORBALY
CLERK